IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRADLEY M. HIXON,** | 2:06-cv-2030 MCE CMK P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| **MCSP ADMINISTRATION OFFICE, et al.,** | |
| Defendants. | |

On March 28, 2007, Defendants filed a request for extension of time to file their responsive pleading, explaining that all documentation necessary to determine how to proceed has not yet been received. Defendants further explained that additional time is necessary to prepare a responsive pleading.

**FOR GOOD CAUSE SHOWN**, Defendants are granted an extension of time, up to and including April 9, 2007, in which to file their responsive pleading.

April 3, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*

1