IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY M. HIXON, | No. CIV S-06-2030-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MCSP ADMINISTRATION OFFICE, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se and in form pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. On June 27, 2007, plaintiff submitted a second amended complaint (Doc. 26).

    The Federal Rules of Civil Procedure provide that a party may amend his or her pleading ". . . once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). Once a responsive pleading is filed, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See id. A motion to dismiss pursuant to Rule 12(b)(6) is not a responsive pleading. See Breier v. Northern Cal. Bowling Proprietors' Ass'n, 316 F.2d 787, 789 (9th Cir. 1963).

/ / /

1  Because plaintiff has already filed an amended complaint (Doc. 9), plaintiff may
2  not amend the complaint unless leave of court to do so is first given.  Plaintiff has filed neither a
3  motion to amend nor a stipulation to amend the complaint signed by all parties.  Plaintiff's
4  amended complaint will, therefore, be stricken, and this action will proceed on the existing
5  pleadings.  To the extent plaintiff had filed a motion for leave to amend, the court would have
6  denied that motion because it appears plaintiff is attempting to submit evidence which can be
7  accomplished by other means.
8  The motion to dismiss (Doc. 20) will be addressed separately.
9  Accordingly, IT IS HEREBY ORDERED that plaintiff's second amended
10 complaint (Doc. 26), submitted on June 27, 2007, is stricken.

12 DATED:  August 24, 2007.

14 **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE