IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY M. HIXON, | No. CIV S-06-2030-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| MCSP ADMINISTRATION OFFICE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 20, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that:

2      1.    The findings and recommendations (Doc. 29) filed August 20, 2007, are

3  adopted in full;

4      2.    This action is dismissed for failure to exhaust administrative remedies; and

5      3.    The Clerk of the Court is directed to enter judgment and close this file.

Dated: September 25, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2